**UNPUExBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7461**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BULATHGE GUNARATNA,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frank A. Kaufman, Senior District Judge.
(CR-86-270-K, CA-95-1470-K)

---

Submitted: March 21, 1996          Decided: April 4, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Bulathge Gunaratna, Appellant Pro Se. Susan Moss Ringler, OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. Appellant alleges that a term of supervised release included as part of his sentence was improper under 21 U.S.C.A. § 841(b)(1)(A) (West 1981 & Supp. 1995) (current version at 21 U.S.C.A. § 841(b)(l)(B) (West Supp. 1995)). Appellant's claim is without merit, however, because he was sentenced under 21 U.S.C.A. § 841(b)(1)(B) (West 1981 & Supp. 1995) (current version at 21 U.S.C.A. § 841(b)(l)(C)(West Supp. 1995), which allowed for a special parole term. Appellant's motion to expedite and alter time limits is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>